STATE v. JAMES OTIS GREEN.

(Filed 10 April, 1957.)

APPEAL by defendant from *Hall, J.,* January Term 1957 of WARREN.

This is a criminal action originally tried in the Recorder's Court of Warren County upon a warrant charging the defendant with the unlawful possession of nontaxpaid liquor for the purpose of sale. From the judgment entered on a verdict of guilty, the defendant appealed to the Superior Court where he was tried on the original warrant and found guilty as charged. From the sentence imposed, the defendant appeals, assigning error.

*Attorney-General Patton and Assistant Attorney-General Bruton for the State.*

*G. M. Beam for defendant.*

PER CURIAM. A careful examination of the exceptions entered in the trial below and assigned as error, leads us to the conclusion that they present no prejudicial error. The evidence was sufficient to carry the case to the jury, and the verdict and judgment will be upheld.

No error.